# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08 mj 350
vs )  ABSTRACT OF ORDER
Gladys Noemi Vocal-Chavez )  Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/12/08
the Court entered the following order:

✓ _____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
✓ _____ Defendant released on $ 20,000 bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other. _____

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by
                 Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)                           ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY