1 | **SARA M. PELOQUIN**
California State Bar No. Pending
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Sara_Peloquin@fd.org

5 | Attorneys for Ms. Vocal-Chavez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0350-RBB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **GLADYS NOEMI VOCAL-CHAVEZ,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: February 13, 2008        /s/  *Sara Peloquin*
                                **SARA M. PELOQUIN**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Ms. Vocal-Chavez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  February 13, 2008                          /s/  Sara Peloquin
                                                                    **SARA M. PELOQUIN**
                                                                    Federal Defenders of San Diego, Inc.
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA  92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    Sara_Peloquin@fd.org