UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08 CR 471-BEN |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08 MJ 350 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Vocal-Chavez | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/ Magistrate Judge, Ruben B Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Juan De Dios - Balanzar - Loera

DATED: 2/21/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062