1  **SARA M. PELOQUIN**
    California Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
4  Email: sara_peloquin@fd.org

5  Attorneys for Ms. Gladys Vocal-Chavez

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

                    **(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0471-BEN |
|---|---|---|
| Plaintiff, | ) | Date:  June 2, 2008 |
| | ) | Time:  9:00 a.m. |
| v. | ) | |
| GLADYS NOEMI VOCAL-CHAVEZ, | ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| Defendant. | ) | |

I, Gladys Noemi Vocal-Chavez, acknowledge that I am required to appear in court on June 2, 2008, at 9a.m. for sentencing in the above captioned case.

DATED: April 23, 2008

                                    /s/ Gladys Vocal
                                    GLADYS NOEMI VOCAL-CHAVEZ