UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>         Plaintiff,                             )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>GLADYS NOEMI VOCAL-CHAVEZ,  )<br>                                                           )<br>         Defendant.                          )<br>_____) | Case No. 08CR0471-BEN<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Joseph Orabona, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: April 24, 2008                                              /s/Sara M. Peloquin
                                                                                  **SARA M. PELOQUIN**
                                                                                  Federal Defenders
                                                                                  225 Broadway, Suite 900
                                                                                  San Diego, CA 92101-5030
                                                                                  (619) 234-8467  (tel)
                                                                                  (619) 687-2666  (fax)
                                                                                  Email:sara_peloquin@fd.org