1  SARA M. PELOQUIN
   California Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: sara_peloquin@fd.org

5  Attorneys for Ms. Gladys Vocal-Chavez

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE ROGER T. BENITEZ)**

11  UNITED STATES OF AMERICA,        )   Case No.: 08CR0471-BEN
                                     )
12          Plaintiff,                )   Date:      June 3, 2008
                                     )   Time:      10:00 a.m.
13  v.                               )
                                     )
14  GLADYS NOEMI VOCAL-CHAVEZ,       )
                                     )   **ACKNOWLEDGMENT OF NEXT COURT**
15          Defendant.               )   **DATE**
                                     )
16                                   )
                                     )
17                                   )
                                     )
18  _____

19      I, Gladys Noemi Vocal-Chavez, acknowledge that I am required to appear in court on June 3,

20  2008, at 10 a.m. for sentencing in the above captioned case.

21

22      DATED: May 16, 2008

23

24                                              /s/ Gladys Vocal
                                            GLADYS NOEMI VOCAL-CHAVEZ
25

26

27

28