UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-CR0471-BEN |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| GLADYS NOEMI VOCAL-CHAVEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Joseph Orabona, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: May 19, 2008                                          /s/Sara M. Peloquin
                                                                                 **SARA M. PELOQUIN**
                                                                                 Federal Defenders
                                                                                 225 Broadway, Suite 900
                                                                                 San Diego, CA 92101-5030
                                                                                 (619) 234-8467  (tel)
                                                                                 (619) 687-2666  (fax)
                                                                                 Email:sara_peloquin@fd.org