1  SARA M. PELOQUIN
   California Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: sara_peloquin@fd.org

5  Attorneys for Ms. Gladys Vocal-Chavez

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE ROGER T. BENITEZ)**

11 | UNITED STATES OF AMERICA,        )  Case No.: 08CR0471-BEN
                                      )
12 |         Plaintiff,                )  Date:     June 24, 2008
                                      )  Time:     9:30 a.m.
13 | v.                                )
                                      )
14 | GLADYS NOEMI VOCAL-CHAVEZ,        )
                                      )  **ACKNOWLEDGMENT OF NEXT COURT**
15 |         Defendant.                )  **DATE**
                                      )
16                                    )
                                      )
17                                    )
                                      )
18 |_____)

19      I, Gladys Noemi Vocal-Chavez, acknowledge that I am required to appear in court on June 24,
20 2008, at 9:30 a.m. for self surrender and bond exoneration in the above captioned case.

21

22      DATED: June 12, 2008

23

24                                                      /s/ Gladys Vocal
                                                        GLADYS NOEMI VOCAL-CHAVEZ
25